UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONTE ERICK MERRILL,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:20-cr-00045

**ORDER**

    This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Donte Erick Merrill's detention on the basis of that he poses a danger to the community, 18 U.S.C. § 1342(f)(1). The Court conducted an evidentiary hearing on September 3, 2020, at which defendant was represented by counsel.

    Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has sustained its burden of proving by clear and convincing evidence, that he poses a danger to the community.

The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community.

    Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

    **DONE AND ORDERED** on September 3, 2020.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge